IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH J. CLAIBORNE** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:24cv141-HSO-RPM |
| | § | |
| **COMMISSIONER OF SOCIAL SECURITY** | § | **DEFENDANT** |

**FINAL JUDGMENT**

**BEFORE THE COURT** is United States Magistrate Judge Robert P. Myers, Jr.'s Report and Recommendation [19] entered on July 28, 2025.  For the reasons given in the Order adopting the Report and Recommendation [19], the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the decision of the Commissioner of Social Security is **AFFIRMED**, and the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 18th day of August, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE